**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RAYMOND FORREST, Individually and as the representative of a class of similarly situated persons,

                    Plaintiff,

- against -

TAYLOR CHIP LLC,

                    Defendants.
-------------------------------------------------------------X

Case No.   1:24-cv-5305-TAM

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Raymond Forrest, by his attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Taylor Chip LLC.

Dated: Scarsdale, New York
       November 13, 2024

                    SHAKED LAW GOUP, P.C.
                    Attorneys for Plaintiff

                By: */s/Dan Shaked*
                    Dan Shaked, Esq.
                    14 Harwood Court, Suite 415
                    Scarsdale, NY 10583
                    Tel. (917) 373-9128
                    e-mail: ShakedLawGroup@Gmail.com